UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

  Octavius J. Johnson and Janet L. Johnson

Order Filed on October 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       18-35288

Chapter:        13

Hearing Date:

Judge:          ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Octavius J. Johnson and Janet L. Johnson

Case No.: 18-35288/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $389.00 for services rendered and expenses in the amount of $0.00 for a total of $389.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments increase $1,304.00 for the remaining 38 months commencing on 11/1/2020.**