UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

   Octavius J. Johnson and Janet L. Johnson

Order Filed on October 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　18-35288

Chapter:　　13

Hearing Date:

Judge:　　ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Octavius J. Johnson and Janet L. Johnson

Case No.: 18-35288/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $389.00 for services rendered and expenses in the amount of $0.00 for a total of $389.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

**The debtors' monthly plan payments increase $1,304.00 for the remaining 38 months commencing on 11/1/2020.**

United States Bankruptcy Court

District of New Jersey

In re:  
Octavius J. Johnson  
Janet L. Johnson  
    Debtor(s)

Case No. 18-35288-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID    Recipient Name and Address**  
db/jdb    + Octavius J. Johnson, Janet L. Johnson, 1513 Fairton Road, Millville, NJ 08332-4605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**  
jdb    *+    Janet L. Johnson, 1513 Fairton Road, Millville, NJ 08332-4605

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name    Email Address**

Andrew L. Spivack  
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com

Denise E. Carlon  
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor First Investors Servicing Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Nona Ostrove
    on behalf of Creditor City of Millville nostrove@ostrovelaw.com

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Seymour Wasserstrum
    on behalf of Joint Debtor Janet L. Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Debtor Octavius J. Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sherri Jennifer Smith
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig  LLC mortoncraigecf@gmail.com, mortoncraigecf@gmail.com

William M. E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 16