Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  18–35288–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Octavius J. Johnson                     Janet L. Johnson
  1513 Fairton Road                       1513 Fairton Road
  Millville, NJ 08332                      Millville, NJ 08332

Social Security No.:
  xxx–xx–8758                            xxx–xx–9715

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

　　　NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                    June 22, 2021
Time:                    10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*77* – Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 1513 FAIRTON ROAD, MILLVILLE, NJ 08332. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, 54 Opposition filed by Debtor Octavius J. Johnson, Joint Debtor Janet L. Johnson, 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 05/27/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Cory Francis Woerner on behalf of Janet L. Johnson, Octavius J. Johnson. (Woerner, Cory)

and transact such other business as may properly come before the meeting.

Dated: May 28, 2021
JAN:

                                        Jeanne Naughton
                                        Clerk