Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35288−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Octavius J. Johnson
1513 Fairton Road
Millville, NJ 08332

Janet L. Johnson
1513 Fairton Road
Millville, NJ 08332

Social Security No.:
   xxx−xx−8758                                                  xxx−xx−9715

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                June 22, 2021
Time:                     10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*77* − Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 1513 FAIRTON ROAD, MILLVILLE, NJ 08332. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, 54 Opposition filed by Debtor Octavius J. Johnson, Joint Debtor Janet L. Johnson, 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 05/27/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Cory Francis Woerner on behalf of Janet L. Johnson, Octavius J. Johnson. (Woerner, Cory)

and transact such other business as may properly come before the meeting.


Dated: May 28, 2021
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Octavius J. Johnson  
Janet L. Johnson  
    Debtors

Case No. 18-35288-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: May 28, 2021      Form ID: 173      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Octavius J. Johnson, Janet L. Johnson, 1513 Fairton Road, Millville, NJ 08332-4605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 28, 2021 | Form ID: 173 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor First Investors Servicing Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Nona Ostrove | |
| | on behalf of Creditor City of Millville nostrove@ostrovelaw.com |
| Seymour Wasserstrum | |
| | on behalf of Joint Debtor Janet L. Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | |
| | on behalf of Debtor Octavius J. Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig  LLC mortoncraigecf@gmail.com, mortoncraigecf@gmail.com |
| William M. E. Powers, III | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |

TOTAL: 14