Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18−35288−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Octavius J. Johnson<br>1513 Fairton Road<br>Millville, NJ 08332 | Janet L. Johnson<br>1513 Fairton Road<br>Millville, NJ 08332 |

Social Security No.:
  xxx−xx−8758                                    xxx−xx−9715

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            November 19, 2021
Time:                  09:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*83* – Certification in Opposition to (related document:82 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/7/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Cory Francis Woerner on behalf of Janet L. Johnson, Octavius J. Johnson. (Woerner, Cory)

and transact such other business as may properly come before the meeting.


Dated: October 8, 2021
JAN: jpl

                                                                    Jeanne Naughton
                                                                    Clerk