Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35288−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Octavius J. Johnson
1513 Fairton Road
Millville, NJ 08332

Janet L. Johnson
1513 Fairton Road
Millville, NJ 08332

Social Security No.:
xxx−xx−8758

xxx−xx−9715

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 2, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 2, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Octavius J. Johnson  
Janet L. Johnson  
    Debtors

Case No. 18-35288-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Feb 02, 2022     Form ID: 148     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Octavius J. Johnson, Janet L. Johnson, 1513 Fairton Road, Millville, NJ 08332-4605 |
| cr | + | First Investors Servicing Corp., c/o Morton & Craig, LLC, 110 Marter Ave., Sutie 301, Moorestown, NJ 08057-3124 |
| cr | + | First Investors Servicing Corporation c/o Morton &, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| 517943578 | | Contnental Finance Company, 4550 New Linden Hill Rdste 400, Wilmington, DE 19808 |
| 517943580 | + | Cumberland County Taxation Board, 220 N Laurel St, Bridgeton, NJ 08302-1516 |
| 518886430 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 517943583 | + | Freedom Mortgage, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518030316 | + | Freedom Mortgage Corporation, Freedom Mortgage, 10500 Kincaid Drive- Attn: BK Dept., Fishers, IN 46037-9764 |
| 517962864 | + | Freedon Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 517943592 | + | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 517943593 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517943595 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 517943596 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517953377 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 517943597 | + | US Dept of Education/GLE, 2401 International PO Box 7859, Madison, WI 53707-7859 |
| 518035097 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 517962865 | | Wells Fargo Dealer Service, PO Box 125341, Santa Ana, CA 92799-5341 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2022 22:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2022 22:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: tracey.gregoire@millvillenj.gov | Feb 02 2022 22:12:00 | City of Millville, 12 S. High Street, PO Box 609, Millville, NJ 08332-0609 |
| 517966974 | + | Email/Text: bankruptcynotices@fifsg.com | Feb 02 2022 22:12:00 | 1st Investors Servicing, Corporation, 380 Interstate N. Parkway, Suite 300, Atlanta, GA 30339-2222 |
| 517960312 | + | EDI: AAEO.COM | Feb 03 2022 02:48:00 | Aarons, 106 W. Landis Ave, Unit 7, Vineland, NJ 08360-8114 |
| 517943574 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 02 2022 22:12:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 517943575 | + | EDI: CAPITALONE.COM | Feb 03 2022 02:48:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 517989831 | + | EDI: AIS.COM | Feb 03 2022 02:48:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517967014 | + | EDI: CAPITALONE.COM | | |

Case 18-35288-ABA   Doc 90   Filed 02/04/22   Entered 02/05/22 00:12:51   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 148 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | Feb 03 2022 02:48:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518040417 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 02 2022 22:17:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517943576 | + EDI: CAPITALONE.COM | | |
| | | Feb 03 2022 02:48:00 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518016343 | + Email/Text: tracey.gregoire@millvillenj.gov | | |
| | | Feb 02 2022 22:12:00 | City of Millville, 12 S. High Street, Millville, NJ 08332-4244 |
| 517943577 | + EDI: WFNNB.COM | | |
| | | Feb 03 2022 02:48:00 | Comenity Capital Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 517943579 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Feb 02 2022 22:17:32 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 517943581 | + Email/Text: bankruptcynotices@fifsg.com | | |
| | | Feb 02 2022 22:12:00 | First Investors Servicing Corporation, 380 Interstate North Pkwy #300, Atlanta, GA 30339-2222 |
| 517943582 | + EDI: AMINFOFP.COM | | |
| | | Feb 03 2022 02:48:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517943584 | + EDI: PHINGENESIS | | |
| | | Feb 03 2022 02:48:00 | Genesis Bankcard, PO Box 4499, Beaverton, OR 97076-4499 |
| 517943587 | EDI: IRS.COM | | |
| | | Feb 03 2022 02:48:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517943588 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Feb 02 2022 22:12:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517943589 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 02 2022 22:17:34 | LVNV Funding, PO Box 10497, HSBC Bank, Greenville, SC 29603-0497 |
| 518579014 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 02 2022 22:17:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579013 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 02 2022 22:17:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517980949 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 02 2022 22:17:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517943591 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 02 2022 22:17:38 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 517943590 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 02 2022 22:17:31 | Merrick Bank, 10705 S. Jordan Gateway, Suite 200, South Jordan, UT 84095-3977 |
| 517943594 | Email/Text: banko@preferredcredit.com | | |
| | | Feb 02 2022 22:12:00 | Preferred Credit, 628 Roosevelt Rd., Saint Cloud, MN 56301 |
| 517994289 | Email/Text: banko@preferredcredit.com | | |
| | | Feb 02 2022 22:12:00 | Preferred Credit,Inc., PO Box 1970, Saint Cloud, MN 56302 |
| 517979105 | + EDI: JEFFERSONCAP.COM | | |
| | | Feb 03 2022 02:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518056039 | EDI: Q3G.COM | | |
| | | Feb 03 2022 02:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518025089 | EDI: Q3G.COM | | |
| | | Feb 03 2022 02:48:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518072874 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 02 2022 22:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539764 | + EDI: RMSC.COM | | |
| | | Feb 03 2022 02:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 18-35288-ABA   Doc 90   Filed 02/04/22   Entered 02/05/22 00:12:51   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: 148 | Total Noticed: 52 |

| 518321189 | + EDI: RMSC.COM | Feb 03 2022 02:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518076851 | EDI: WFFC.COM | Feb 03 2022 02:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 517943598 | + EDI: WFFC.COM | Feb 03 2022 02:48:00 | Wells Fargo Dealer Service, P.O. Box 1697, Winterville, NC 28590-1697 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517943585 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517943586 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor First Investors Servicing Corp. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Nona Ostrove | on behalf of Creditor City of Millville nostrove@ostrovelaw.com |
| Seymour Wasserstrum | on behalf of Debtor Octavius J. Johnson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | |

| | |
|---|---|
| | on behalf of Joint Debtor Janet L. Johnson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor First Investors Servicing Corporation c/o Morton & Craig  LLC mortoncraigecf@gmail.com, mortoncraigecf@gmail.com |
| William M. E. Powers, III | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |

TOTAL: 14