Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.: 18−35288−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Octavius J. Johnson | Janet L. Johnson |
| 1513 Fairton Road | 1513 Fairton Road |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx−xx−8758                                   xxx−xx−9715

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 9, 2022</u>               <u>Andrew B. Altenburg Jr.</u>
                                        Judge, United States Bankruptcy Court